NUMBER 13-03-631-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
FREDERICK B. WRIGHT,                                                    Appellant,

v.

CHARLYNE A. WRIGHT,                                                     Appellee.
___________________________________________________________________

On appeal from the 308th District Court of Harris County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, FREDERICK B. WRIGHT, perfected an appeal from a judgment
entered by the 308th District Court of Harris County, Texas, in cause number
9601128. The notice of appeal was filed on September 12, 2003. 
         Upon inspection of the notice of appeal, it appeared that said notice of appeal
did not comply with Tex. R. App. P. 25.1(e). Notice of this defect was given to
appellant, and on December 8, 2003, appellant’s amended notice of appeal was
received in this Court. Said amended notice of appeal failed to comply with Tex. R.
App. P. 25.1(e). 
         Pursuant to Tex. Gov’t Code §51.207(b)(1) and § 51.941(a)(1), a filing fee in
the amount of $125.00 is due upon the filing of an appeal. To date, appellant has
failed to pay the filing fee. 
         On January 28, 2004, pursuant to Tex. R. App. P. 42.3(c), notice was given
to appellant that this appeal was subject to dismissal for failure to comply with the
rules of appellate procedure and this Court’s notice. Appellant was advised that,
unless the defects were corrected within ten days from the date of receipt of this
Court’s notice or grounds were given for continuing the appeal, this appeal would be
dismissed. To date, appellant has failed to respond to this Court’s notice.
         The Court, having considered the documents on file and appellant’s failure to
comply with the rules, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 6th day of May, 2004